UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF                                    CASE NUMBER

**David James Motter**                              **10-13268**
                                                    Section "B"

DEBTOR                                              CHAPTER 13

## MOTION TO CONVERT TO CHAPTER 7

**NOW INTO COURT**, through undersigned counsel, comes David James Motter, debtor in the above proceeding, who moves the Court for an order converting this case to a proceeding under Chapter 7 of the United States Bankruptcy Code.

**WHEREFORE**, your debtor prays the Court to enter an order effecting the conversion.

        Respectfully submitted,

        **CLAUDE C. LIGHTFOOT, JR., P.C.**

By: _____
        **Claude C. Lightfoot, Jr.** (17989)
        650 Poydras Street
        Suite 1010
        New Orleans, LA 70130
        PH: (504) 799-2565
        *Counsel for Debtor*

        /s/David James Motter
        **David James Motter**

## **C E R T I F I C A T E   O F   S E R V I C E**

       I hereby certify that a copy of the above and foregoing pleading has been served on those parties listed below agreeing to electronic notice through the LAEB CM/ECF system at the following addresses shown the 1st day of March, 2011:

S. J. Beaulieu, Chapter 13 trustee at ecf@ch13no.com

Benjamin B. Dean, counsel for U. S. Bank at ljacob@creditorlawyers.com

Office of the U. S. Trustee at USTPRegion05.NR.ECF@usdoj.gov

Hilary B. Bonial, counsel for Capital One, N. A. at notice@bkcylaw.com

Mark C. Landry, counsel for Capital One, N. A. at mlandry@newmanmathis.com

Glenn K. Schreiber, counsel for IRS at glenn.schreiber@usdoj.gov

and on those parties listed on the attached mailing matrix, not receiving electronic notice by placing a copy to each in the U.S. Mail, postage prepaid the 1st day of March, 2011:

                                              **Claude C. Lightfoot, Jr.** (17989)
                                              Counsel for Debtor