UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE | § | CASE NO. 10-13268 |
|---|---|---|
| | § | |
| DAVID JAMES MOTTER | § | CHAPTER 7 |
| | § | |
| DEBTOR. | § | SECTION "B" |

**ORDER GRANTING MOTION FOR CONTEMPT AGAINST DAVID JAMES MOTTER FOR INTENTIONALLY VIOLATING COURT ORDER AND RELATED RELIEF**

The *Motion for Contempt Against David James Motter for Intentionally Violating Court Order and Related Relief* [**P-81**] (the "Motion") filed by Causeway Highrise Limited Partnership ("Landlord") was brought for hearing on July 7, 2011 at 2:00 p.m. before this Court. After considering the Motion, the *Opposition to Motion for Expedited Hearing* [P-88] filed by David James Motter ("Motter"), the statements of counsel, it appearing service was good and sufficient, and good cause existing to grant the same,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**; and

**IT IS HEREBY FURTHER ORDERED** that Motter, and any other parties in possession of the Premises (as defined herein), shall **VACATE** the premises located at suite number 304, 3421 North Causeway Boulevard, Jefferson Parish, Louisiana 70002 (the "Premises") and remove any and all personal property from the Premises by **JULY 9, 2011, 12:00 P.M. CST**; and

**IT IS HEREBY FURTHER ORDERED** that if Motter, and any other parties in possession of the Premises, do not vacate the Premises by July 9, 2011, 12:00 p.m. CST, the Landlord is authorized to remove all of the personal property from the Premises and place them on the street; and

{00317558-1}

**IT IS HEREBY FURTHER ORDERED** that if Motter does not vacate the Premises by July 9, 2011, 12:00 p.m. CST, the Landlord is authorized to change the locks on the Premises; and

**IT IS HEREBY FURTHER ORDERED** that if Motter resists or prevents the Landlord from removing the personal property and changing the locks on the Premises, Motter shall be sanctioned and ordered to pay to Landlord $100 per day until the Premises are completely vacated by Motter; and

**IT IS HEREBY FURTHER ORDERED** that the Landlord is reserving any and all claims, rights, and remedies of the Landlord against Mutter, his estate and/or other parties, including but not limited to, claims for rent, damages, interest and attorneys' fees under the Lease and any and all other remedies under Louisiana law; and

**IT IS HEREBY FURTHER ORDERED** that this Order shall be immediately effective upon entry and the fourteen (14) day stay under Bankruptcy Rule 6004(h) is hereby waived as the exigent nature of the relief sought herein justifies immediate relief.

New Orleans, Louisiana, July 8, 2011.

_____
Jerry A. Brown
U.S. Bankruptcy Judge